FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

'07 SEP 24 AM 10: 03

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. )
) CASE NO. CR404-251
WILLIAM PHILLIP CAMP, JR., )
)
Defendant. )
)

## O R D E R

Before the Court are Defendant William P. Camp, Jr.'s Request to be Placed in a Community Corrections Center (Doc. 43) and Motion to Strike (Doc. 44). The Bureau of Prisons has determined that Defendant is ineligible for placement in a Community Corrections Center. Defendant states that the Bureau of Prisons made this decision on the basis of allegations of abuse by Defendants ex-wife. Defendant also contends that, at sentencing, this Court determined that these allegations were "unfounded." In the instant Motions, Defendant seeks to prevent the Bureau of Prison from considering these allegations.

The Court has reviewed the record in this case. At sentencing, the Court stated that these allegations were "uncorroborated," and therefore the Court declined the Government's request to impose a sentence in excess of the guideline range. (Sentencing Tr. at 103.) However,

despite discounting these allegations at sentencing, the Court did not make a final determination that they were unfounded.

The Bureau of Prisons retains discretion over where inmates are detained and whether Defendant is eligible for placement in a Community Corrections Center.

Accordingly, after careful consideration, these Motions are **DENIED**.

SO ORDERED this 24th day of September, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2